UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOVA/DANIELS/BUSBY, INC., | : | CASE NO. 13-50728-JRS |
| | : | |
| Debtor. | : | |

**NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("Trustee") for the above-captioned estate, proposes to abandon the following property as burdensome, fully encumbered and/or of inconsequential value and benefit to Debtor's estate:

a) **Accounts payable, accounts receivable, financial statements and other general non-client business records dated prior to year 2010.**

b) **Junk mail, advertising and promotional materials.**

On March 1, 2013, the Trustee filed his Motion to Sell Property of the Estate Free and Clear of Liens (the "Motion"). On March 28, 2013, an Order was entered granting the Motion. The Trustee intends to conduct a no reserve auction of the Debtor's Business Assets, as defined in the Motion, at the Debtor's former facility at 400 Colony Square – Suite 700, 1201 Peachtree Street, NE, Atlanta, GA 30361-6319 on April 17 and April 18. To the extent a bid is not received for any of the Business Assets at the auction, the Trustee proposes to abandon any unsold items as burdensome. The expected unsold items that the Trustee proposes to abandon are as follows:

a) **Small office supplies, cleaners, framed awards, aged furniture, computer wires and miscellaneous obsolete computer equipment.**

b) **The contents of approximately 15 shelving units which include manufacturer samples of carpet, flooring, tile, color, etc. used in the Debtor's interior design business.**

c) **The contents of approximately 400 boxes and 25 storage cabinets which include completed design and architecture projects. In general, the contents include design and engineering drawings, client correspondences, contracts, photographs and other work files.**

d) **A substantial volume of various loose client drawings and client related documents.**

e) **Electronic records included compact discs, hard drives and other electronic storage media containing client files and drawings.**

f) **Any additional items that do not receive a bid at auction.**

The following items are excluded from the auction and not included in this Notice of Abandonment.

a) **Financial records and other non-client records dated in years 2010 and forward.**

b) **Payroll, employee and tax records.**

c) **Desktops and laptop computers and hard drives**

d) **The computer server and backup tapes.**

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Springs Street, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or

parties, the Trustee, the U.S. Trustee, and counsel to the Debtor.

This 11th day of April, 2013.

/s
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Ste 200
Atlanta, GA 30326
(404) 926-0060