# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 13-50728-JRS
**Case Name:** JOVA/DANIELS/BUSBY INCORPORATED
**For Period Ending:** 06/30/2018

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/14/2013 (f)
**§ 341(a) Meeting Date:** 02/13/2013
**Claims Bar Date:** 08/21/2013

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a)**<br>**abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Petty cash/ Coke machine funds | 59.88 | 59.88 | | 0.00 | FA |
| 2 | SunTrust Bank #0008840547270, Atlanta, GA | 25,994.07 | 25,994.07 | | 25,994.07 | FA |
| 3 | Royal Bank of Canada, #Toronto $5,997.27 (CAD) E | 6,034.26 | 6,034.26 | | 6,308.66 | FA |
| 4 | Wells Fargo Bank #2000820335063, Atlanta, GA | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Cypress Communications | 2,038.00 | 2,038.00 | | 0.00 | FA |
| 6 | Household Goods - See attached Exhibit B.4<br>See other tangible personal property; assets # 7, 12 & 13, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 7 | Assorted books and pictures.<br>See other tangible personal property; assets # 6, 12 & 13, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 8 | National Life Insurance of Vermont - SLD AXA Equ | 4,043.28 | 4,043.28 | | 0.00 | FA |
| 9 | FWAJDB, LLLP | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Accounts Receivable | 507,788.52 | 507,788.52 | | 135,593.52 | FA |
| 11 | 2008 GMC Acadia VIN771940073552002 | Unknown | 8,910.00 | | 8,100.00 | FA |
| 12 | Office Equipment, furnishings - See Exhibit B.4<br>See other tangible personal property; assets # 6, 7 & 13, which were sold at auction. | Unknown | 64,405.00 | | 58,550.00 | FA |
| 13 | Machinery, fixtures & Equipment -See Exhibit B.4<br>See other tangible personal property; assets # 6, 7 & 12, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Credit from SBS Associates Inc. | 2,593.00 | 2,593.00 | | 0.00 | FA |
| 15 | Credit from AT&T | 83.07 | 83.07 | | 0.00 | FA |
| 16* | Avoidance Actions - Adversary 15-05025 (Travelers) (u) (See Footnote) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 17* | Avoidance Actions - Adversary 15-05026 (Aetna) (u) (See Footnote) | 0.00 | 10,000.00 | | 14,000.00 | FA |
| 18* | Avoidance Actions - Adversary 15-05027 (Daniels et al) (u) (See Footnote) | 0.00 | 17,500.00 | | 21,250.00 | FA |
| 19* | Avoidance Actions - Adversary 15-05029 (Abernathy et al) (u) (See Footnote) | 0.00 | 15,000.00 | | 18,475.65 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 13-50728-JRS | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Date Filed (f) or Converted (c): | 01/14/2013 (f) |
| | | § 341(a) Meeting Date: | 02/13/2013 |
| For Period Ending: | 06/30/2018 | Claims Bar Date: | 08/21/2013 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 20 | Sales Taxes Collected from Sale of Personal Property (u) | 0.00 | 3,571.84 | | 3,571.84 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$548,634.08** | **$675,520.92** | | **$299,343.74** | **$0.00** |

RE PROP# 16    Settled for $7,500. Settlement approved by Court per Order (Dkt # 87).

RE PROP# 17    Settled for $14,000. Settlement approved by Court per Order (Dkt # 76).

RE PROP# 18    Settled for a total of $21,250. Citibank settlement approved by Court per Order (Dkt # 85). Settlements with Stanley Daniels approved by Order (Dkt #93) and Regions Bank by Order (Dkt # 94)..

RE PROP# 19    Settled for a total of $18,475.65. Settlements approved by Court per Order (Dkt # 72).

**Major Activities Affecting Case Closing:**

All assets have been administered. The Trustee anticipates filing his final report upon completion of his final tax returns.

**Initial Projected Date Of Final Report (TFR):** 12/31/2014      **Current Projected Date Of Final Report (TFR):** 09/30/2018

| 10/01/2018 | /s/S. Gregory Hays |
|---|---|
| Date | S. Gregory Hays |

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/13 | {10} | Purdue University | Invoice # 981173 | 1121-000 | 5,880.00 | | 5,880.00 |
| 01/31/13 | {10} | 360i LLC | Invoice #981154 ($2,715.47) and #981198 ($4,336.98) | 1121-000 | 7,052.45 | | 12,932.45 |
| 02/28/13 | {2} | SunTrust | transfer of funds from closed account *********7270 | 1129-000 | 25,994.07 | | 38,926.52 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.88 | 38,911.64 |
| 03/25/13 | {10} | DP II LLC | Invoice #981183 | 1121-000 | 174.68 | | 39,086.32 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.14 | 39,037.18 |
| 04/23/13 | 101 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 29,194.89 | 9,842.29 |
| 04/25/13 | {10} | Denholtz 1776 LLC | Projects 850XX | 1121-000 | 1,000.80 | | 10,843.09 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.08 | 10,783.01 |
| 05/01/13 | 102 | Cecil McElroy | Transfer of documents - per court order docket #42 | 2990-000 | | 495.00 | 10,288.01 |
| 05/01/13 | | Department of the Treasury | EFT for 945 Return for 2013. Per Order, docket # 48. | 1280-002 | -3,904.59 | | 6,383.42 |
| 05/03/13 | | Austion Management Corporation | Proceeds from auction - Per Order, Docket # 34. | | 57,540.50 | | 63,923.92 |
| | {12} | Auction Management Corporation | Sale of Personal Property at 400 Colony Square. Sold per Order, Dkt # 34.       $58,550.00 | 1129-000 | | | 63,923.92 |
| | {11} | Auction Management Corporation | Sale of GMC Acadia. Per Order, Docket # 34.       $8,100.00 | 1129-000 | | | 63,923.92 |
| | {20} | Austion Management Corporation | Sales Taxes collected by AMC at auction. Per Order, Docket # 34.       $3,571.84 | 1290-000 | | | 63,923.92 |
| | | Auction Management Corporation | Auctioneer Commission for Sale of Personal Property. Per Order, Dkt # 52.       -$3,332.50 | 3610-000 | | | 63,923.92 |
| | | Auction Management Corporation | Auctioneer Buyer's Premium for Sale of personal property. Paid per Order, Dkt # 52.       -$6,665.00 | 1180-002 | | | 63,923.92 |
| | | Auction Management Corp | Auctioneer Expenses for Sale of Personal Property. Per Order, Dkt # 52.       -$5,074.92 | 3620-000 | | | 63,923.92 |
| | | Auction Management Corp | Auctioneer Expenses for Sale of | 3620-000 | | | 63,923.92 |

Page Subtotals:    $93,737.91    $29,813.99

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

Form 2

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Van. Per Order, Dkt # 52. -$702.08 | | | | |
| | | Georgia Department of Revenue by AMC | Sales taxes collected and remitted by AMC. Paid per Order, Dkt # 52. -$3,571.84 | 2820-000 | | | 63,923.92 |
| | | Auction Management Corporation | Buyers Premium paid to Trustee's auctioneer $6,665.00 | 1180-002 | | | 63,923.92 |
| 05/10/13 | 103 | Colony Square (Colony-Midtown), LP | Post-petition rent per Order (Dkt #32) | 2410-000 | | 10,000.00 | 53,923.92 |
| 05/29/13 | {10} | Kimball International | Invoice #981217 | 1121-000 | 215.69 | | 54,139.61 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Sara Singleton. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 41.92 | | 54,181.53 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Katherine Lowrey. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 111.19 | | 54,292.72 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Melissa King. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 214.15 | | 54,506.87 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Jessica Finnity. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 223.28 | | 54,730.15 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Erin Petre. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 502.18 | | 55,232.33 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Donna Hall-McDowell. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 644.25 | | 55,876.58 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Mark Bohrer. See payment to Dept of Treasury on 5/1/13. | 1280-002 | 2,167.62 | | 58,044.20 |
| 05/30/13 | {10} | Atlantic Capital Bank | Invoice #981227 | 1121-000 | 1,583.96 | | 59,628.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.61 | 59,545.55 |
| 06/05/13 | {10} | Daniels Realty Services, LLC | Inv #981133 | 1121-000 | 3,180.00 | | 62,725.55 |
| 06/12/13 | {10} | Munich American Reassurance Company | Inv # 981203, 981202, 981204 | 1121-000 | 12,736.02 | | 75,461.57 |
| 06/14/13 | {10} | REIT Management & Research | Invoice #981152 | 1121-000 | 2,559.96 | | 78,021.53 |
| | | | Page Subtotals: | | $24,180.22 | $10,082.61 | |

{ } Asset Reference(s)                                                                                        ! - transaction has not been cleared

Form 2

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/14/13 | {3} | Royal Bank of Canada | Canadian currency - close bank account | 1129-000 | 6,867.23 | | 84,888.76 |
| 06/19/13 | {10} | University of Guelph | Inv # 981162 - Canadian Currency | 1121-000 | 1,527.11 | | 86,415.87 |
| 06/24/13 | 104 | Wells Fargo Bank | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 12,870.20 | 73,545.67 |
| 06/25/13 | {10} | Accenture | Invoice #JOVADA1583 | 1121-000 | 15.83 | | 73,561.50 |
| 06/25/13 | {10} | Payette | Project # 120004, Invoice # 980918 | 1121-000 | 10,620.00 | | 84,181.50 |
| 06/28/13 | {10} | Parkway Realty Services | Project # 12019, Invoice # 981157, 981224 | 1121-000 | 2,625.89 | | 86,807.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.15 | 86,713.24 |
| 07/01/13 | {3} | Royal Bank of Canada | Canadian currency - close bank account | 1129-000 | 6,308.66 | | 93,021.90 |
| 07/15/13 | {10} | CBRE Global Investors | Project # 12022, Invoice 981191 | 1121-000 | 5,040.00 | | 98,061.90 |
| 07/25/13 | {10} | University of Guelph | Inv # 981162- Canadian Currency- Deposit first received on 06/19/13 | 1121-000 | 1,408.24 | | 99,470.14 |
| 07/25/13 | {10} | University of Guelph | Reversed Deposit 100020 1 Inv # 981162 - Canadian Currency | 1121-000 | -1,527.11 | | 97,943.03 |
| 07/25/13 | {3} | Royal Bank of Canada | Reversed Deposit 100019 1 Canadian currency - close bank account | 1129-000 | -6,867.23 | | 91,075.80 |
| 07/26/13 | 105 | Wells Fargo Bank | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 10,981.03 | 80,094.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.39 | 79,955.38 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.16 | 79,837.22 |
| 09/17/13 | 106 | Auction Management Corporation | Reimbursement of auction expenses per court order docket #52 | 3620-000 | | 150.00 | 79,687.22 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.94 | 79,576.28 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.91 | 79,450.37 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 79,343.72 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.54 | 79,218.18 |
| 01/24/14 | 107 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 5,576.44 | 73,641.74 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.74 | 73,524.00 |

Page Subtotals:    $26,018.62    $30,516.15

{ } Asset Reference(s)    ! - transaction has not been cleared

Form 2

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.77 | 73,424.23 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.08 | 73,322.15 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.50 | 73,209.65 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.30 | 73,104.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 73,002.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.51 | 72,887.20 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.34 | 72,785.86 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.67 | 72,674.19 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.01 | 72,566.18 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.93 | 72,472.25 |
| 12/12/14 | {10} | Peachtree Road United Methodist Church | Accounts Receivavble settlement per order (Doc No. 66) entered on 1/20/15. | 1121-000 | 81,500.00 | | 153,972.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.75 | 153,795.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.21 | 153,574.29 |
| 02/24/15 | 108 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 52,300.00 | 101,274.29 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.16 | 101,068.13 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.65 | 100,880.48 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.10 | 100,735.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.06 | 100,595.32 |
| 06/02/15 | {19} | JP Morgan Chase | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 9,058.43 | | 109,653.75 |
| 06/15/15 | {19} | Roy L Abernathy | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 5,000.00 | | 114,653.75 |
| 06/15/15 | {17} | Aetna Inc | Avoidance Action settlement per order (Doc No. 76) entered on 6/26/15. | 1241-000 | 14,000.00 | | 128,653.75 |
| | | | **Page Subtotals:** | | **$109,558.43** | **$54,428.68** | |

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/15 | {19} | American Express Travel Related Services Co Inc | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 4,417.22 |  | 133,070.97 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 180.51 | 132,890.46 |
| 07/16/15 | {18} | Citibank NA | Settlement of preference claim. Per Order, Dkt # 85. | 1241-000 | 10,000.00 |  | 142,890.46 |
| 07/31/15 | 109 | James C. Frenzel, P.C. | Awarded Fees & Expenses. Per court order docket #80 |  |  | 15,147.93 | 127,742.53 |
|  |  |  | Per court order docket 80  $15,000.00 | 3210-000 |  |  | 127,742.53 |
|  |  |  | Per court order docket 80  $147.93 | 3220-000 |  |  | 127,742.53 |
| 07/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 204.22 | 127,538.31 |
| 08/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 179.50 | 127,358.81 |
| 09/22/15 | {18} | Schreeder Wheeler & Flint LLP | Settlement of preference claim against Stanley Daniels. Per Order, Dkt # 93. | 1241-000 | 5,000.00 |  | 132,358.81 |
| 09/24/15 | {16} | Travelers | Settlement of preference claim. Per Order, Dkt # 87. | 1241-000 | 7,500.00 |  | 139,858.81 |
| 09/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 198.89 | 139,659.92 |
| 10/12/15 | {18} | Regions Bank | Settlement of preference claim. Per Order, Dkt # 94. | 1241-000 | 6,250.00 |  | 145,909.92 |
| 10/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 205.67 | 145,704.25 |
| 11/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 202.58 | 145,501.67 |
| 12/29/15 | 110 | Arnall Golden Gregory LLP | Awarded fees & expenses. Per court order docket #101 |  |  | 53,727.02 | 91,774.65 |
|  |  |  | Per court order docket #101  $53,495.92 | 3210-000 |  |  | 91,774.65 |
|  |  |  | Per court order, docket # 101  $231.10 | 3220-000 |  |  | 91,774.65 |
| 12/30/15 | 111 | Hays Financial Consulting, LLC | Awarded fees & expenses. Per court order docket #101 |  |  | 65,323.93 | 26,450.72 |
|  |  |  | Per court order docket #101  $63,839.55 | 3310-000 |  |  | 26,450.72 |
|  |  |  | $1,484.38 | 3320-000 |  |  | 26,450.72 |

Page Subtotals:  $33,167.22   $135,370.25

{ } Asset Reference(s)    ! - transaction has not been cleared

Form 2

Page: 2-6

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/15 | 112 | S. Gregory Hays | Paid in Error and refunded on 2/1/16. | 2100-000 | | 16,450.73 | 9,999.99 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.23 | 9,769.76 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.10 | 9,736.66 |
| 02/01/16 | | Hays Financial Consulting, LLC | Refund of payment of Trustee fees made in error. Check # 112. | 2100-000 | | -16,450.73 | 26,187.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.16 | 26,154.23 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.27 | 26,112.96 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.20 | 26,076.76 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.15 | 26,040.61 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.09 | 25,999.52 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.04 | 25,963.48 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.96 | 25,922.52 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.18 | 25,885.34 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.89 | 25,849.45 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.55 | 25,809.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.02 | 25,772.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.53 | 25,733.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.54 | 25,698.81 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.19 | 25,660.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.44 | 25,626.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.54 | 25,585.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.80 | 25,548.84 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.52 | 25,513.32 |

**Page Subtotals:** $0.00     $937.40

{ } Asset Reference(s)            ! - transaction has not been cleared

**Form 2**

Page: 2-7

## Cash Receipts And Disbursements Record

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY INCORPORATED | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1002 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.36 | 25,472.96 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.41 | 25,437.55 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.02 | 25,398.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.53 | 25,362.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.26 | 25,326.74 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.06 | 25,286.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.94 | 25,252.74 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.32 | 25,216.42 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.06 | 25,181.36 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.84 | 25,141.52 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.95 | 25,106.57 |
| | | **COLUMN TOTALS** | | | 286,662.40 | 261,555.83 | $25,106.57 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 286,662.40 | 261,555.83 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$286,662.40** | **$261,555.83** | |

{ } Asset Reference(s)                                                                                                           ! - transaction has not been cleared

**Form 2**

Page: 2-8

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-50728-JRS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | JOVA/DANIELS/BUSBY INCORPORATED | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1002 | **Account #:** | ******1766 Checking Account |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $30,390,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $286,662.40 |
| Plus Gross Adjustments: | $12,681.34 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $299,343.74 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1766 Checking Account | $286,662.40 | $261,555.83 | $25,106.57 |
| | **$286,662.40** | **$261,555.83** | **$25,106.57** |