**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: JOVA/DANIELS/BUSBY | § | Case No. 13-50728-JRS |
| INCORPORATED | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $8,817.23 | | Assets Exempt: N/A |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $110,922.56 | | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $188,421.18 | | |

3) Total gross receipts of $309,913.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,569.59 (see **Exhibit 2**), yielded net receipts of $299,343.74 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $300,374.66 | $304,590.31 | $304,590.31 | $110,922.56 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $221,716.15 | $221,716.15 | $188,421.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $156,373.35 | $76,438.79 | $76,438.79 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,359,420.53 | $944,660.59 | $944,660.59 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,816,168.54 | $1,547,405.84 | $1,547,405.84 | $299,343.74 |

4) This case was originally filed under chapter 7 on 01/14/2013.  The case was pending for 83 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/03/2019                    By: /s/ S. Gregory  Hays
                                                      Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax withdrawn from 401(k) distribution - Mark Bohrer.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $2,167.62 |
| Royal Bank of Canada, #Toronto $5,997.27 (CAD) E | 1129-000 | $6,308.66 |
| Sales Taxes Collected from Sale of Personal Property | 1290-000 | $3,571.84 |
| Avoidance Actions - Adversary 15-05029 (Abernathy et al) | 1241-000 | $18,475.65 |
| 2008 GMC Acadia VIN771940073552002 | 1129-000 | $8,100.00 |
| Avoidance Actions - Adversary 15-05026 (Aetna) | 1241-000 | $14,000.00 |
| Avoidance Actions - Adversary 15-05025 (Travelers) | 1241-000 | $7,500.00 |
| Tax withdrawn from 401(k) distribution - Erin Petre.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $502.18 |
| Tax withdrawn from 401(k) distribution - Donna Hall-McDowell.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $644.25 |
| SunTrust Bank #0008840547270, Atlanta, GA | 1129-000 | $25,994.07 |
| Office Equipment, furnishings - See Exhibit B.4 | 1129-000 | $58,550.00 |
| Avoidance Actions - Adversary 15-05027 (Daniels et al) | 1241-000 | $21,250.00 |
| Accounts Receivable | 1121-000 | $135,593.52 |
| Tax withdrawn from 401(k) distribution - Sara Singleton. See payment to Dept of Treasury on 5/1/13. | 1280-000 | $41.92 |
| Tax withdrawn from 401(k) distribution - Melissa King.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $214.15 |
| Tax withdrawn from 401(k) distribution - Katherine Lowrey.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $111.19 |
| Tax withdrawn from 401(k) distribution - Jessica Finnity.  See payment to Dept of Treasury on 5/1/13. | 1280-000 | $223.28 |
| Buyers Premium paid to Trustee's auctioneer | 1180-000 | $6,665.00 |
| **TOTAL GROSS RECEIPTS** | | **$309,913.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Auction Management Corporation | Auctioneer Buyer's Premium for Sale of personal property. Paid per Order, Dkt # 52. | 8500-002 | $6,665.00 |
| Department of the Treasury | EFT for 945 Return for 2013. Per Order, docket # 48. See funds from UBS deposited on 5/29/13. | 8500-002 | $3,904.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$10,569.59** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo | 4210-000 | NA | $29,194.89 | $29,194.89 | $29,194.89 |
| | Wells Fargo Bank | 4210-000 | NA | $10,981.03 | $10,981.03 | $10,981.03 |
| | Wells Fargo Bank | 4210-000 | NA | $12,870.20 | $12,870.20 | $12,870.20 |
| 1S | Georgia Department of Labor | 4800-000 | NA | $12,839.20 | $12,839.20 | $0.00 |
| 20 | Wells Fargo Bank, N.A.,successor by merger to Wachovia Bank, N.A., | 4210-000 | $300,374.66 | $238,704.99 | $238,704.99 | $57,876.44 |
| | **TOTAL SECURED** | | **$300,374.66** | **$304,590.31** | **$304,590.31** | **$110,922.56** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $18,217.19 | $18,217.19 | $14,796.89 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $652.59 | $652.59 | $530.06 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $85,168.00 | $85,168.00 | $69,177.55 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $3,274.35 | $3,274.35 | $2,659.58 |
| Auctioneer Fees - Auction Management Corporation | 3610-000 | NA | $3,332.50 | $3,332.50 | $3,332.50 |
| Auctioneer Expenses - Auction Management Corp | 3620-000 | NA | $5,777.00 | $5,777.00 | $5,777.00 |
| Auctioneer Expenses - Auction Management Corporation | 3620-000 | NA | $150.00 | $150.00 | $150.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,172.00 | $1,172.00 | $951.95 |
| Administrative Rent - Colony Square (Colony-Midtown), LP | 2410-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Insurance - Travelers Indemnity Company | 2420-750 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $5,906.95 | $5,906.95 | $5,906.95 |
| Other State or Local Taxes (post-petition) - Georgia Department of Revenue by AMC | 2820-000 | NA | $3,571.84 | $3,571.84 | $3,571.84 |
| Other Chapter 7 Administrative Expenses - Cecil McElroy | 2990-000 | NA | $495.00 | $495.00 | $495.00 |
| Attorney for Trustee Fees (Other Firm) - James C. Frenzel, P.C. | 3210-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $68,522.00 | $68,522.00 | $55,656.86 |
| Attorney for Trustee Expenses (Other Firm)  - James C. Frenzel, P.C. | 3220-000 | NA | $147.93 | $147.93 | $147.93 |
| Attorney for Trustee Expenses (Other Firm)  - Arnall Golden Gregory LLP | 3220-000 | NA | $328.80 | $328.80 | $267.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$221,716.15** | **$221,716.15** | **$188,421.18** |

<u>**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**</u>

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| None  |                   |                  |                 |                |             |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Georgia Department of Labor | 5800-000 | $20,330.75 | $2,212.50 | $2,212.50 | $0.00 |
| 2 | FULTON COUNTY TAX COMMISSIONERS OFFICE | 5800-000 | NA | $2,980.31 | $2,980.31 | $0.00 |
| 4P | Internal Revenue Service | 5800-000 | $12,248.27 | $24,470.80 | $24,470.80 | $0.00 |
| 13 | Michael Rindsberg | 5300-000 | $5,834.05 | $6,175.05 | $6,175.05 | $0.00 |
| 16P | Andrew Dell | 5300-000 | $11,725.00 | $12,475.00 | $12,475.00 | $0.00 |
| 17 | Duane Behne | 5300-000 | $9,268.55 | $9,268.55 | $9,268.55 | $0.00 |
| 21 | Sara Singleton | 5300-000 | $2,290.92 | $1,619.24 | $1,619.24 | $0.00 |
| 23P | Stanley L. Daniels | 5300-000 | $9,445.30 | $0.00 | $0.00 | $0.00 |
| 24 | Livia N. Klein | 5300-000 | $2,617.15 | $2,617.15 | $2,617.15 | $0.00 |
| 27 | Octavian Tudora | 5300-000 | $3,155.02 | $6,011.68 | $6,011.68 | $0.00 |
| 29 | David C. Fairley | 5300-000 | $11,725.00 | $8,411.52 | $8,411.52 | $0.00 |
| 30 | New York State Department of Taxation and Finance | 5800-000 | NA | $196.99 | $196.99 | $0.00 |
| N/F | Claudia W Gimson | 5300-000 | $4,655.23 | NA | NA | NA |
| N/F | David C. Fairley | 5400-000 | $650.00 | NA | NA | NA |
| N/F | Diane S. Freeman | 5400-000 | $3,000.14 | NA | NA | NA |
| N/F | Diane S. Freeman | 5300-000 | $726.25 | NA | NA | NA |
| N/F | Elizabeth A. Jones | 5300-000 | $2,447.92 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Emily Finau | 5300-000 | $2,998.34 | NA | NA | NA |
| N/F | Georgia Department of Revenue | 5800-000 | $1,296.70 | NA | NA | NA |
| N/F | Jeffrey C. Whelan | 5300-000 | $5,035.55 | NA | NA | NA |
| N/F | John R. Johnston | 5300-000 | $10,838.95 | NA | NA | NA |
| N/F | John R. Johnston | 5400-000 | $2,125.00 | NA | NA | NA |
| N/F | Judy S. Laverty | 5300-000 | $2,444.54 | NA | NA | NA |
| N/F | Julie E. Cannon | 5300-000 | $4,313.26 | NA | NA | NA |
| N/F | Karen L. League | 5400-000 | $1,150.30 | NA | NA | NA |
| N/F | Karen L. League | 5300-000 | $11,725.00 | NA | NA | NA |
| N/F | Michael Rindsberg | 5400-000 | $341.00 | NA | NA | NA |
| N/F | Rafael E. Diaz | 5300-000 | $6,831.28 | NA | NA | NA |
| N/F | Tricia C. Szurgot | 5300-000 | $4,211.68 | NA | NA | NA |
| N/F | William David Mackey | 5300-000 | $2,292.20 | NA | NA | NA |
| N/F | William David Mackey | 5400-000 | $650.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$156,373.35** | **$76,438.79** | **$76,438.79** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BAA Mechanical Engineers Inc. | 7100-000 | $26,833.24 | $31,723.01 | $31,723.01 | $0.00 |
| 4U | Internal Revenue Service | 7300-000 | NA | $4,290.86 | $4,290.86 | $0.00 |
| 5 | McDonough Bolyard Peck, Inc. | 7100-000 | $2,160.00 | $2,160.00 | $2,160.00 | $0.00 |
| 6 | Uzun & Case Engineers, LLC | 7100-000 | $6,320.00 | $6,000.00 | $6,000.00 | $0.00 |
| 7 | Gabler - Youngston Inc. | 7100-000 | $7,180.21 | $6,512.65 | $6,512.65 | $0.00 |
| 8 | Acadia Coffee Service Inc. | 7100-000 | $1,031.95 | $717.21 | $717.21 | $0.00 |
| 9 | AEC Inc. | 7100-000 | $3,987.40 | $7,992.40 | $7,992.40 | $0.00 |
| 10 | Merck & Hill Consultants Inc. | 7100-000 | $6,480.00 | $6,480.00 | $6,480.00 | $0.00 |
| 11 | SunTrust Bank | 7100-000 | NA | $1,875.45 | $1,875.45 | $0.00 |
| 12 | Andrew Dell | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 14 | Gray & Postell Inc. | 7100-000 | $30,969.29 | $31,884.16 | $31,884.16 | $0.00 |
| 15 | LBYD, Inc | 7100-000 | $34,656.00 | $34,656.00 | $34,656.00 | $0.00 |
| 16U | Andrew Dell | 7100-000 | $2,359.15 | $1,609.15 | $1,609.15 | $0.00 |
| 18 | Barry R Barsh & Associates Inc. | 7100-000 | $10,346.81 | $18,418.45 | $18,418.45 | $0.00 |
| 19 | Morrison Hershfield Corporation | 7100-000 | $11,500.00 | $13,500.00 | $13,500.00 | $0.00 |
| 22U | Travelers Indemnity Company | 7100-000 | $13,240.68 | $0.00 | $0.00 | $0.00 |
| 23U | Stanley L. Daniels | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

| 25 | Colony Square, GP | 7100-000 | $165,998.63 | $493,064.66 | $493,064.66 | $0.00 |
| 26 | Foil Wyatt | 7100-000 | $64,988.24 | $160,961.74 | $160,961.74 | $0.00 |
| 28 | WOG, LLC | 7100-000 | $109,339.20 | $109,339.20 | $109,339.20 | $0.00 |
| 31 | American Express Centurion Bank | 7100-000 | $2,345.35 | $4,417.22 | $4,417.22 | $0.00 |
| 32 | Chase Bank USA, N.A. | 7100-000 | $3,090.31 | $9,058.43 | $9,058.43 | $0.00 |
| N/F | AFLAC Inc. | 7100-000 | $776.42 | NA | NA | NA |
| N/F | AHA Consulting Engineers Inc | 7100-000 | $4,841.01 | NA | NA | NA |
| N/F | AIA-Georgia Association | 7100-000 | $250.00 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Affiliated Engineers, Inc. | 7100-000 | $57,000.00 | NA | NA | NA |
| N/F | Andrew Dell | 7100-000 | $117.72 | NA | NA | NA |
| N/F | Artlite Office Supply Co | 7100-000 | $936.40 | NA | NA | NA |
| N/F | Babush Neiman Kornman & Johnson | 7100-000 | $3,750.00 | NA | NA | NA |
| N/F | Bank of America VISA | 7100-000 | $33,381.25 | NA | NA | NA |
| N/F | Barnett Consulting Engineers Inc. | 7100-000 | $5,645.91 | NA | NA | NA |
| N/F | Barrett Woodyard & Associates Inc | 7100-000 | $8,500.00 | NA | NA | NA |
| N/F | Benefit Alternatives Inc | 7100-000 | $565.25 | NA | NA | NA |
| N/F | Camacho Associates Inc | 7100-000 | $3,398.40 | NA | NA | NA |
| N/F | Casey Design Studio LLC | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Central Parking System | 7100-000 | $28,770.00 | NA | NA | NA |

| N/F | Chamberlain Hrdlicka White Williams P.C | 7100-000 | $850.37 | NA | NA | NA |
| N/F | City of Atlanta | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Colony Square, L.P | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Consultant Service Company | 7100-000 | $3,565.00 | NA | NA | NA |
| N/F | CoreNet Global Inc | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Cornerstone Design Services | 7100-000 | $10,700.00 | NA | NA | NA |
| N/F | Cypress Communications Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | David C. Fairley | 7100-000 | $1,662.94 | NA | NA | NA |
| N/F | EDI Ltd | 7100-000 | $8,500.00 | NA | NA | NA |
| N/F | Eberly & Associates, Inc. | 7100-000 | $2,100.00 | NA | NA | NA |
| N/F | Elizabeth A. Jones | 7100-000 | $23.48 | NA | NA | NA |
| N/F | Emily Business Systems Inc | 7100-000 | $738.40 | NA | NA | NA |
| N/F | Equitrac Corporation | 7100-000 | $204.15 | NA | NA | NA |
| N/F | F H Cann & Associates | 7100-000 | $3,829.36 | NA | NA | NA |
| N/F | Federal Express Corp | 7100-000 | $599.30 | NA | NA | NA |
| N/F | Full Sail Partners, Ltd. | 7100-000 | $4,224.31 | NA | NA | NA |
| N/F | Georgia Civil Inc. | 7100-000 | $25,367.00 | NA | NA | NA |
| N/F | Holland & Knight LLPHolland & Knight LLPHolland & Knight LLPHolland & Knight LLPHolland & Knight LLP | 7100-000 | $8,214.11 | NA | NA | NA |
| N/F | J W Robinson & Associates Inc | 7100-000 | $900.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | John Grogan Design Inc. | 7100-000 | $2,861.00 | NA | NA | NA |
| N/F | John R. Johnston | 7100-000 | $24.27 | NA | NA | NA |
| N/F | Jordan & Skala Engineers IncVVVVV | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Judy S. Laverty | 7100-000 | $2,614.00 | NA | NA | NA |
| N/F | Karen L. League | 7100-000 | $2,963.70 | NA | NA | NA |
| N/F | Keystone Press, Inc. | 7100-000 | $2,086.20 | NA | NA | NA |
| N/F | Konica Minolta Bus. Solutions USA Inc | 7100-000 | $2,358.75 | NA | NA | NA |
| N/F | Kurt Swensson Inc | 7100-000 | $795.00 | NA | NA | NA |
| N/F | Leadership Atlanta | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Livia N. Klein | 7100-000 | $10.22 | NA | NA | NA |
| N/F | Long Engineering Inc. | 7100-000 | $12,020.00 | NA | NA | NA |
| N/F | MailFinance | 7100-000 | $2,333.22 | NA | NA | NA |
| N/F | Maxair Mechanical Inc | 7100-000 | $600.00 | NA | NA | NA |
| N/F | MetLife Insurance Company | 7100-000 | $1,220.99 | NA | NA | NA |
| N/F | Michael Rindsberg | 7100-000 | $8,376.21 | NA | NA | NA |
| N/F | Minick Engineering Inc. | 7100-000 | $124,198.00 | NA | NA | NA |
| N/F | Morrison Hershfield Limited | 7100-000 | $1,017.00 | NA | NA | NA |
| N/F | NPR Inc | 7100-000 | $1,449.00 | NA | NA | NA |
| N/F | National Life of Vermont | 7100-000 | $3,849.21 | NA | NA | NA |
| N/F | Nottingham Brook & Pennington Inc | 7100-000 | $2,035.00 | NA | NA | NA |
| N/F | Office Depot | 7100-000 | $1,424.79 | NA | NA | NA |

| N/F | PlanBags.com | 7100-000 | $47.86 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Prudential Group Life & Disability Ins | 7100-000 | $665.87 | NA | NA | NA |
| N/F | Pruitt Eberly Stone Inc | 7100-000 | $14,487.20 | NA | NA | NA |
| N/F | Red C, Inc. | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | ReproProducts | 7100-000 | $3,537.43 | NA | NA | NA |
| N/F | RightClick Networks LLC | 7100-000 | $3,825.00 | NA | NA | NA |
| N/F | Robert W. Woodruff Arts Center, Inc. | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Roy Lee Abernathy | 7100-000 | $3,088.54 | NA | NA | NA |
| N/F | Southern Binding Systems Inc | 7100-000 | $189.26 | NA | NA | NA |
| N/F | Stanley L. Daniels | 7100-000 | $1,962.49 | NA | NA | NA |
| N/F | Stanley L. Daniels | 7100-000 | $36,455.92 | NA | NA | NA |
| N/F | Stanley L. Daniels | 7100-000 | $344,460.74 | NA | NA | NA |
| N/F | Stanley L. Daniels | 7100-000 | $22,876.75 | NA | NA | NA |
| N/F | The Greenway Group Inc | 7100-000 | $6,640.00 | NA | NA | NA |
| N/F | Thomas Watkins Photography, LLC | 7100-000 | $713.37 | NA | NA | NA |
| N/F | Trilogyfm | 7100-000 | $2,276.30 | NA | NA | NA |
| N/F | U S Cost Inc | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | University Publications | 7100-000 | $595.00 | NA | NA | NA |
| N/F | University Sports Publications (Canada) | 7100-000 | $1,975.00 | NA | NA | NA |
| N/F | Van Winkle & Company, Inc | 7100-000 | $5,400.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Yawn Land Surveys LLC | 7100-000 | $1,250.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,359,420.53** | **$944,660.59** | **$944,660.59** | **$0.00** |

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   13-50728-JRS

**Case Name:**   JOVA/DANIELS/BUSBY INCORPORATED

**For Period Ending:**   12/03/2019

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   01/14/2013 (f)

**§ 341(a) Meeting Date:**   02/13/2013

**Claims Bar Date:**   08/21/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty cash/ Coke machine funds | 59.88 | 59.88 | | 0.00 | FA |
| 2 | SunTrust Bank #0008840547270, Atlanta, GA | 25,994.07 | 25,994.07 | | 25,994.07 | FA |
| 3 | Royal Bank of Canada, #Toronto $5,997.27 (CAD) E | 6,034.26 | 6,034.26 | | 6,308.66 | FA |
| 4 | Wells Fargo Bank #2000820335063, Atlanta, GA | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Cypress Communications | 2,038.00 | 2,038.00 | | 0.00 | FA |
| 6 | Household Goods - See attached Exhibit B.4<br>See other tangible personal property; assets # 7, 12 & 13, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 7 | Assorted books and pictures.<br>See other tangible personal property; assets # 6, 12 & 13, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 8 | National Life Insurance of Vermont - SLD AXA Equ | 4,043.28 | 4,043.28 | | 0.00 | FA |
| 9 | FWAJDB, LLLP | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Accounts Receivable | 507,788.52 | 507,788.52 | | 135,593.52 | FA |
| 11 | 2008 GMC Acadia VIN771940073552002 | Unknown | 8,910.00 | | 8,100.00 | FA |
| 12 | Office Equipment, furnishings - See Exhibit B.4<br>See other tangible personal property; assets # 6, 7 & 13, which were sold at auction. | Unknown | 64,405.00 | | 58,550.00 | FA |
| 13 | Machinery, fixtures & Equipment -See Exhibit B.4<br>See other tangible personal property; assets # 6, 7 & 12, which were sold at auction. Auction Proceeds recorded under asset # 12. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Credit from SBS Associates Inc. | 2,593.00 | 2,593.00 | | 0.00 | FA |
| 15 | Credit from AT&T | 83.07 | 83.07 | | 0.00 | FA |
| 16* | Avoidance Actions - Adversary 15-05025 (Travelers) (u) (See Footnote) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 17* | Avoidance Actions - Adversary 15-05026 (Aetna) (u) (See Footnote) | 0.00 | 10,000.00 | | 14,000.00 | FA |
| 18* | Avoidance Actions - Adversary 15-05027 (Daniels et al) (u) (See Footnote) | 0.00 | 17,500.00 | | 21,250.00 | FA |
| 19* | Avoidance Actions - Adversary 15-05029 (Abernathy et al) (u) (See Footnote) | 0.00 | 15,000.00 | | 18,475.65 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 13-50728-JRS

**Case Name:** JOVA/DANIELS/BUSBY INCORPORATED

**For Period Ending:** 12/03/2019

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/14/2013 (f)

**§ 341(a) Meeting Date:** 02/13/2013

**Claims Bar Date:** 08/21/2013

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Sales Taxes Collected from Sale of Personal Property (u) | 0.00 | 3,571.84 | | 3,571.84 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$548,634.08** | **$675,520.92** | | **$299,343.74** | **$0.00** |

RE PROP# 16    Settled for $7,500. Settlement approved by Court per Order (Dkt # 87).

RE PROP# 17    Settled for $14,000. Settlement approved by Court per Order (Dkt # 76).

RE PROP# 18    Settled for a total of $21,250. Citibank settlement approved by Court per Order (Dkt # 85). Settlements with Stanley Daniels approved by Order (Dkt #93) and Regions Bank by Order (Dkt # 94)..

RE PROP# 19    Settled for a total of $18,475.65. Settlements approved by Court per Order (Dkt # 72).

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2014        **Current Projected Date Of Final Report (TFR):** 08/20/2019 (Actual)

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case No.:** | 13-50728-JRS |
| **Case Name:** | JOVA/DANIELS/BUSBY |
| | INCORPORATED |
| **Taxpayer ID #:** | **-***1002 |
| **For Period Ending:** | 12/03/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/13 | {10} | Purdue University | Invoice # 981173 | 1121-000 | 5,880.00 | | 5,880.00 |
| 01/31/13 | {10} | 360i LLC | Invoice #981154 ($2,715.47) and #981198 ($4,336.98) | 1121-000 | 7,052.45 | | 12,932.45 |
| 02/28/13 | {2} | SunTrust | transfer of funds from closed account *********7270 | 1129-000 | 25,994.07 | | 38,926.52 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.88 | 38,911.64 |
| 03/25/13 | {10} | DP II LLC | Invoice #981183 | 1121-000 | 174.68 | | 39,086.32 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.14 | 39,037.18 |
| 04/23/13 | 101 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 29,194.89 | 9,842.29 |
| 04/25/13 | {10} | Denholtz 1776 LLC | Projects 850XX | 1121-000 | 1,000.80 | | 10,843.09 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.08 | 10,783.01 |
| 05/01/13 | 102 | Cecil McElroy | Transfer of documents - per court order docket #42 | 2990-000 | | 495.00 | 10,288.01 |
| 05/01/13 | | Department of the Treasury | EFT for 945 Return for 2013. Per Order, docket # 48. See funds from UBS deposited on 5/29/13. | 8500-002 | | 3,904.59 | 6,383.42 |
| 05/03/13 | | Austion Management Corporation | Proceeds from auction - Per Order, Docket # 34. | | 57,540.50 | | 63,923.92 |
| | | Auction Management Corporation | Auctioneer Commission for Sale of Personal Property.  Per Order, Dkt # 52.  -$3,332.50 | 3610-000 | | | |
| | | Auction Management Corporation | Auctioneer Buyer's Premium for Sale of personal property. Paid per Order, Dkt # 52.  -$6,665.00 | 8500-002 | | | |
| | | Auction Management Corp | Auctioneer Expenses for Sale of Personal Property.  Per Order, Dkt # 52.  -$5,074.92 | 3620-000 | | | |
| | | Auction Management Corp | Auctioneer Expenses for Sale of Van.  Per Order, Dkt # 52.  -$702.08 | 3620-000 | | | |
| | | Georgia Department of Revenue by AMC | Sales taxes collected and remitted by AMC. Paid per Order,  Dkt # 52.  -$3,571.84 | 2820-000 | | | |
| | {12} | Auction Management Corporation | Sale of Personal Property at 400 Colony Square. Sold per Order, Dkt # 34.  $58,550.00 | 1129-000 | | | |
| | {11} | Auction Management Corporation | Sale of GMC Acadia.  Per Order, Docket # 34.  $8,100.00 | 1129-000 | | | |
| | {20} | Auction Management Corporation | Sales Taxes collected by AMC at auction.  Per Order, Docket # 34.  $3,571.84 | 1290-000 | | | |

Page Subtotals: $97,642.50    $33,718.58

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY | Bank Name: | Mechanics Bank |
| | INCORPORATED | Account #: | ******1766 Checking Account |
| Taxpayer ID #: | **-***1002 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 12/03/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Auction Management Corporation | Buyers Premium paid to Trustee's auctioneer $6,665.00 | 1180-000 | | | |
| 05/10/13 | 103 | Colony Square (Colony-Midtown), LP | Post-petition rent per Order (Dkt #32) | 2410-000 | | 10,000.00 | 53,923.92 |
| 05/29/13 | {10} | Kimball International | Invoice #981217 | 1121-000 | 215.69 | | 54,139.61 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Sara Singleton. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 41.92 | | 54,181.53 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Katherine Lowrey. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 111.19 | | 54,292.72 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Melissa King. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 214.15 | | 54,506.87 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Jessica Finnity. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 223.28 | | 54,730.15 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Erin Petre. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 502.18 | | 55,232.33 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Donna Hall-McDowell. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 644.25 | | 55,876.58 |
| 05/29/13 | | UBS Financial Services Inc | Tax withdrawn from 401(k) distribution - Mark Bohrer. See payment to Dept of Treasury on 5/1/13. | 1280-000 | 2,167.62 | | 58,044.20 |
| 05/30/13 | {10} | Atlantic Capital Bank | Invoice #981227 | 1121-000 | 1,583.96 | | 59,628.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.61 | 59,545.55 |
| 06/05/13 | {10} | Daniels Realty Services, LLC | Inv #981133 | 1121-000 | 3,180.00 | | 62,725.55 |
| 06/12/13 | {10} | Munich American Reassurance Company | Inv # 981203, 981202, 981204 | 1121-000 | 12,736.02 | | 75,461.57 |
| 06/14/13 | {10} | REIT Management & Research | Invoice #981152 | 1121-000 | 2,559.96 | | 78,021.53 |
| 06/14/13 | {3} | Royal Bank of Canada | Canadian currency - close bank account | 1129-000 | 6,867.23 | | 84,888.76 |
| 06/19/13 | {10} | University of Guelph | Inv # 981162 - Canadian Currency | 1121-000 | 1,527.11 | | 86,415.87 |
| 06/24/13 | 104 | Wells Fargo Bank | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 12,870.20 | 73,545.67 |
| 06/25/13 | {10} | Accenture | Invoice #JOVADA1583 | 1121-000 | 15.83 | | 73,561.50 |
| 06/25/13 | {10} | Payette | Project # 120004, Invoice # 980918 | 1121-000 | 10,620.00 | | 84,181.50 |
| 06/28/13 | {10} | Parkway Realty Services | Project # 12019, Invoice # 981157, 981224 | 1121-000 | 2,625.89 | | 86,807.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.15 | 86,713.24 |
| 07/01/13 | {3} | Royal Bank of Canada | Canadian currency - close bank account | 1129-000 | 6,308.66 | | 93,021.90 |
| 07/15/13 | {10} | CBRE Global Investors | Project # 12022, Invoice 981191 | 1121-000 | 5,040.00 | | 98,061.90 |

Page Subtotals: **$57,184.94**    **$23,046.96**

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case No.:** | 13-50728-JRS | |
| **Case Name:** | JOVA/DANIELS/BUSBY | |
| | INCORPORATED | |
| **Taxpayer ID #:** | **-***1002 | |
| **For Period Ending:** | 12/03/2019 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/13 | {10} | University of Guelph | Inv # 981162- Canadian Currency- Deposit first received on 06/19/13 | 1121-000 | 1,408.24 | | 99,470.14 |
| 07/25/13 | {10} | University of Guelph | Reversed Deposit 100020 1 Inv # 981162 - Canadian Currency | 1121-000 | -1,527.11 | | 97,943.03 |
| 07/25/13 | {3} | Royal Bank of Canada | Reversed Deposit 100019 1 Canadian currency - close bank account | 1129-000 | -6,867.23 | | 91,075.80 |
| 07/26/13 | 105 | Wells Fargo Bank | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 10,981.03 | 80,094.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.39 | 79,955.38 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.16 | 79,837.22 |
| 09/17/13 | 106 | Auction Management Corporation | Reimbursement of auction expenses per court order docket #52 | 3620-000 | | 150.00 | 79,687.22 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.94 | 79,576.28 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.91 | 79,450.37 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 79,343.72 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.54 | 79,218.18 |
| 01/24/14 | 107 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 5,576.44 | 73,641.74 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.74 | 73,524.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.77 | 73,424.23 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.08 | 73,322.15 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.50 | 73,209.65 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.30 | 73,104.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 73,002.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.51 | 72,887.20 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.34 | 72,785.86 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.67 | 72,674.19 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.01 | 72,566.18 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.93 | 72,472.25 |
| 12/12/14 | {10} | Peachtree Road United Methodist Church | Accounts Receivavble settlement per order (Doc. No. 66) entered on 1/20/15. | 1121-000 | 81,500.00 | | 153,972.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.75 | 153,795.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.21 | 153,574.29 |

**Page Subtotals:** $74,513.90    $19,001.51

{ } Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**          ! - transaction has not been cleared

# Form 2

**Exhibit 9**

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-50728-JRS | |
| **Case Name:** | JOVA/DANIELS/BUSBY | |
| | INCORPORATED | |
| **Taxpayer ID #:** | **-***1002 | |
| **For Period Ending:** | 12/03/2019 | |

| | | |
|---|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) | |
| **Bank Name:** | Mechanics Bank | |
| **Account #:** | ******1766 Checking Account | |
| **Blanket Bond (per case limit):** | $30,203,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/15 | 108 | Wells Fargo | Payment to Secured Creditor per order of 3/27/13, docket #33 | 4210-000 | | 52,300.00 | 101,274.29 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.16 | 101,068.13 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.65 | 100,880.48 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.10 | 100,735.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.06 | 100,595.32 |
| 06/02/15 | {19} | JP Morgan Chase | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 9,058.43 | | 109,653.75 |
| 06/15/15 | {19} | Roy L Abernathy | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 5,000.00 | | 114,653.75 |
| 06/15/15 | {17} | Aetna Inc | Avoidance Action settlement per order (Doc No. 76) entered on 6/26/15. | 1241-000 | 14,000.00 | | 128,653.75 |
| 06/19/15 | {19} | American Express Travel Related Services Co Inc | Avoidance Action settlement per order (Doc No. 72) entered on 5/27/15. | 1241-000 | 4,417.22 | | 133,070.97 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.51 | 132,890.46 |
| 07/16/15 | {18} | Citibank NA | Settlement of preference claim. Per Order, Dkt # 85. | 1241-000 | 10,000.00 | | 142,890.46 |
| 07/31/15 | 109 | James C. Frenzel, P.C. | Awarded Fees & Expenses. Per court order docket #80 | | | 15,147.93 | 127,742.53 |
| | | | Per court order docket 80 $15,000.00 | 3210-000 | | | |
| | | | Per court order docket 80 $147.93 | 3220-000 | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.22 | 127,538.31 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.50 | 127,358.81 |
| 09/22/15 | {18} | Schreeder Wheeler & Flint LLP | Settlement of preference claim against Stanley Daniels. Per Order, Dkt # 93. | 1241-000 | 5,000.00 | | 132,358.81 |
| 09/24/15 | {16} | Travelers | Settlement of preference claim. Per Order, Dkt # 87. | 1241-000 | 7,500.00 | | 139,858.81 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.89 | 139,659.92 |
| 10/12/15 | {18} | Regions Bank | Settlement of preference claim. Per Order, Dkt # 94. | 1241-000 | 6,250.00 | | 145,909.92 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 205.67 | 145,704.25 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 202.58 | 145,501.67 |
| 12/29/15 | 110 | Arnall Golden Gregory LLP | Awarded fees & expenses. Per court order docket #101 | | | 53,727.02 | 91,774.65 |
| | | Arnall Golden Gregory LLP | Per court order docket #101 $53,495.92 | 3210-000 | | | |

**Page Subtotals:** $61,225.65 $123,025.29

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 13-50728-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JOVA/DANIELS/BUSBY | Bank Name: | Mechanics Bank |
| | INCORPORATED | Account #: | ******1766 Checking Account |
| Taxpayer ID #: | **-***1002 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 12/03/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Arnall Golden Gregory LLP | Per court order, docket # 101 | 3220-000 | | | |
| | | | $231.10 | | | | |
| 12/30/15 | 111 | Hays Financial Consulting, LLC | Awarded fees & expenses. Per court order docket #101 | | | 65,323.93 | 26,450.72 |
| | | Hays Financial Consulting, LLC | Per court order docket #101 | 3310-000 | | | |
| | | | $63,839.55 | | | | |
| | | Hays Financial Consulting, LLC | Per court order docket #101 | 3320-000 | | | |
| | | | $1,484.38 | | | | |
| 12/30/15 | 112 | S. Gregory Hays | Paid in Error and refunded on 2/1/16. | 2100-000 | | 16,450.73 | 9,999.99 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.23 | 9,769.76 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.10 | 9,736.66 |
| 02/01/16 | | Hays Financial Consulting, LLC | Refund of payment of Trustee fees made in error. Check # 112. | 2100-000 | | -16,450.73 | 26,187.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.16 | 26,154.23 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.27 | 26,112.96 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.20 | 26,076.76 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.15 | 26,040.61 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.09 | 25,999.52 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.04 | 25,963.48 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.96 | 25,922.52 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.18 | 25,885.34 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.89 | 25,849.45 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.55 | 25,809.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.02 | 25,772.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.53 | 25,733.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.54 | 25,698.81 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.19 | 25,660.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.44 | 25,626.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.54 | 25,585.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.80 | 25,548.84 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.52 | 25,513.32 |

Page Subtotals:     $0.00     $66,261.33

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 13-50728-JRS | |
| **Case Name:** | JOVA/DANIELS/BUSBY | |
| | INCORPORATED | |
| **Taxpayer ID #:** | **-***1002 | |
| **For Period Ending:** | 12/03/2019 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.36 | 25,472.96 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.41 | 25,437.55 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.02 | 25,398.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.53 | 25,362.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.26 | 25,326.74 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.06 | 25,286.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.94 | 25,252.74 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.32 | 25,216.42 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.06 | 25,181.36 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.84 | 25,141.52 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.95 | 25,106.57 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.51 | 25,068.06 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.25 | 25,030.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.19 | 25,011.62 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.61 | 24,989.01 |
| 11/13/19 | 113 | S. Gregory Hays | Trustee compensation & expenses paid per Order, Dkt # 114. | | | 15,326.95 | 9,662.06 |
| | | S. Gregory Hays | Trustee compensation paid per Order, Dkt # 114.  $14,796.89 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 114.  $530.06 | 2200-000 | | | |
| 11/13/19 | 114 | Hays Financial Consulting, LLC | Accountants fees & expenses paid per Order, Dkt # 114. | | | 6,513.20 | 3,148.86 |
| | | Hays Financial Consulting, LLC | Accountants fees paid per Order, Dkt # 114.  $5,338.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountants expense paid per Order, Dkt # 114.  $1,175.20 | 3320-000 | | | |
| 11/13/19 | 115 | Arnall Golden Gregory LLP | Attorney fees & expenses paid per Order, Dkt # 114. | | | 2,196.91 | 951.95 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 114.  $2,160.94 | 3210-000 | | | |

| | | | | **Page Subtotals:** | **$0.00** | **$24,561.37** | |

## Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-50728-JRS | |
| **Case Name:** | JOVA/DANIELS/BUSBY | |
| | INCORPORATED | |
| **Taxpayer ID #:** | **-***1002 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

**For Period Ending:** 12/03/2019

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 114. $35.97 | 3220-000 | | | |
| 11/13/19 | 116 | Clerk, United States Bankruptcy Court | Special Charges per Order Dkt # 110., Paid per TFR (Dkt No. 112) and NFR (Dkt No. 113) | 2700-000 | | 951.95 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 290,566.99 | 290,566.99 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 290,566.99 | 290,566.99 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $290,566.99 | $290,566.99 | |

Exhibit 9<br>Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-50728-JRS |
| **Case Name:** | JOVA/DANIELS/BUSBY INCORPORATED |
| **Taxpayer ID #:** | **-***1002 |
| **For Period Ending:** | 12/03/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $290,566.99 |
| Plus Gross Adjustments: | $19,346.34 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $10,569.59 |
| Net Estate: | $299,343.74 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1766 Checking Account | $290,566.99 | $290,566.99 | $0.00 |
| | **$290,566.99** | **$290,566.99** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)