UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Jova/Daniels/Busby Incorporated**
400 Colony Square – Suite 700
1201 Peachtree Street N.E.
Atlanta, GA 30361–6319

**58–1021002**

Case No.: **13–50728–jrs**
Chapter: **7**
Judge: **James R. Sacca**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_[signature: James R. Sacca]_

James R. Sacca
United States Bankruptcy Judge

Dated:   January 10, 2020
Form 183